Michael J. Manning, Esq. SBN 286879
Joseph R. Manning, Jr. Esq. SBN 223381
Phillip B. Nghiem, Esq. SBN 291525
**MANNING LAW, PLLC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
PH: (949) 200-8755
FX: (866) 843-8308

Attorneys for Plaintiff JOSETTE PORTER

Kevin J. Holl, SBN 124830
Charlie Y. Chou, SBN 248369
**GORDON-CREED, KELLEY, HOLL & SUGERMAN, LLP**
222 Kearny Street, Suite 650
San Francisco, CA 94108

Attorneys for Defendants
DOLLAR FINANCIAL GROUP, INC.;
DFC GLOBAL CORP (ERRONEOUSLY SUED AS DFC GLOBAL D/B/A MONEY MART);
MONETARY MANAGEMENT OF CALIFORNIA, INC. D/B/A MONEY MART

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSETTE PORTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOLLAR FINANCIAL GROUP, INC.; DFC GLOBAL CORP D/B/A MONEY MART; MONETARY MANAGEMENT OF CALIFORNIA, INC. D/B/A MONEY MART and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No.: 2:14-CV-01638-WBS-AC<br><br>**JOINT STIPULATION TO DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff Josette Porter (hereinafter "Plaintiff") and Defendants DOLLAR FINANCIAL GROUP, INC., DFC GLOBAL CORP and MONETARY MANAGEMENT OF CALIFORNIA, INC. D/B/A MONEY MART (hereinafter collectively referred to as "Defendants") (all jointly hereinafter referred to as "the Parties") hereby move to dismiss the above entitled action with prejudice.  The Parties agree that this Court can proceed to dismiss this action entirely with prejudice.

**IT IS SO STIPULATED:**

Dated: January 15, 2015                                    **MANNING LAW, PLLC**


By: ___*/s/ Michael J. Manning*____
    Michael J. Manning, Esq.
    Joseph R. Manning, Jr., Esq.
    Phillip B. Nghiem, Esq.
    Attorneys for Plaintiff


Dated: January 15, 2015                                    **GORDON-CREED, KELLEY, HOLL & SUGARMAN, LLP**


By: ___*/s/ Charlie Y. Chou*____
    Kevin J. Hall, Esq.
    Charlie Y. Chou, Esq.
    Attorneys for Defendants

Michael J. Manning, Esq.
4667 MacArthur Blvd., Ste. 150
Newport Beach, CA 92660

**JOINT STIPULATION FOR DISMISSAL**

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, it is hereby ordered that the stipulation is granted and the above-captioned action is hereby dismissed WITH PREJUDICE as to all claims asserted by Plaintiff against Defendants.

**IT IS SO ORDERED.**

Dated:  January 22, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE